**IN THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:25-cr-00088** |
| | ) | |
| **ERIC HENNING** | ) | **JUDGE CAMPBELL** |

**ORDER**

On September 11, 2026, the Court held a hearing on the pending superseding petition (Doc. No. 21) regarding violations of conditions of supervised release. The defendant admitted to violations 2-5 in the petition and was adjudged guilty. The defendant admitted to the charges of Drivers to Exercise Due Care and Violation of Move Over Law in violation 1 of the petition.

For the reasons stated on the record, the Court sentenced Defendant to 12 months and 1 day imprisonment with no supervised release to follow. This sentence shall run concurrent with Stewart County Case No. 81GS1-2025-CR-160, and any sentence imposed in Baldwin County District Court. The Court recommends to the Bureau of Prisons: Credit from time served since July 13, 2026, RDAP, mental health treatment, medium security facility, and close to nashville.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE